JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSHEA PHANIQUE MADERER, | CV 14-3102 PA (SSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| LOS ANGELES DEPARTMENT OF WATER AND POWER, | |
| Defendant. | |

Pursuant to the Court's August 18, 2014 Minute Order granting the Motion to Dismiss filed by defendant City of Los Angeles ("Defendant"), which dismissed the sole federal claim asserted by plaintiff Roshea Phanique Maderer ("Plaintiff") against the Los Angeles Department of Water and Power without leave to amend, and declined to exercise supplemental jurisdiction over Plaintiff's remaining state law claim and remanded that claim to Los Angeles Superior Court,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's federal constitutional claim is dismissed with prejudice.

. . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's remaining state law claim is remanded to Los Angeles Superior Court, Case No. BC539991.

DATED: August 18, 2014

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE